## In re Estate of John B. Ross, Deceased.
## Raymond G. Ross et al. and Seymour S. Price, Guardian ad litem for Estate of John B. Ross, Deceased, Cross-Appellants, v. Mary B. Ross, Cross-Appellee.

**Gen. No. 45,169.**

Heard in the first division, first district, this court at the June term, 1950. Bernard McDevitt, for cross-appellants; Seymour S. Price, guardian *ad litem, pro se;* Hirsch E. Soble and Hurford & Feigenholtz, for cross-appellee; Hirsch E. Soble, Harold L. Feigenholtz, and Eugene A. Busch, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed October 9, 1950; released for publication November 17, 1950.